# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

NOV 1 9 2018

CLERK U.S. DISTRICT COURT
SOUTHERN DIST OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Evelia Garcia-Leyva,

Defendant.

Case No. 18cr3936-BTM

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

8:1325(A)(2) – Unlawful Entry by an Alien (Misdemeanor)
8:1326(a) – Attempted Reentry of Removed Alien

Dated:  11/16/2018

Hon. Barry Ted Moskowitz
United States District Judge